THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* McHENRY HILL, Defendant-Appellant.

(No. 55677;

First District—January 24, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Michael Weininger and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Daniel J. Pierce, Assistant State's Attorneys, of counsel,) for the People.